James R. Tedford II, SBN 175602
TEDFORD & ASSOCIATES
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
TEL. (626) 793-7270
FAX (626) 793-7293
E-mail: ted@tedfordlaw.com

Attorney for Defendant
JOHN MICHAEL REED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JOHN MICHAEL REED (3) </br></br> Defendant. | Case No.: 24-cr-00570-WLH-3 </br></br> *UNOPPOSED* EX PARTE APPLICATION FOR AN ORDER DIRECTING PREPARATION OF PRE-PLEA REPORT; DECLARATION OF JAMES R. TEDFORD II; [PROPOSED] ORDER |

TO THE HONORABLE WESLEY L. HSU, UNITED STATES DISTRICT COURT JUDGE:

Defendant JOHN MICHAEL REED, by and through his attorney of record, JAMES R. TEDFORD II, hereby requests the Court to order that U.S. Probation prepare a pre-plea report limited to criminal history and determining criminal history category, whether any mandatory minimums apply to this case and whether or not Mr. Reed qualifies as a career offender. This *ex parte* application is based on the attached declaration of counsel.

DATED: November 26, 2024,  TEDFORD & ASSOCIATES, P.C.

By, /S/ *James R. Tedford*
James R. Tedford II
Attorney for JOHN MICHAEL REED

## DECLARATION OF JAMES R. TEDFORD II

I, JAMES R. TEDFORD II, declare and state as follows:

1. I am a member of the State Bar of California, and I am admitted to practice before this Court.

2. I am the counsel of record for John M. Reed, a defendant in this action, and I make this declaration in support of his *ex parte* application for the preparation of a pre-plea report.

3. In order to effectively represent Mr. Reed, I need to advise him about his criminal history.

4. The probation office, doing the pre-plea report, does a comprehensive factual analysis to ensure the factual accuracy and completeness of the criminal portion of the eventual probation report, as well as an accurate legal analysis of Mr. Reed's criminal history category. The prior convictions and criminal history points directly affect his guideline range and criminal history category.

5. The Probation Office can prepare a pre-plea report concerning Mr. Reed's criminal history for me and the government, which would allow us to discuss a possible disposition in the near future.

6. I have been in contact with Assistant United States Attorney Reema El-Amamy, and she has no objection to preparation of a pre-plea report.

7. I am therefore requesting that a pre-plea report on the above issues be prepared.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this day at Pasadena, California.

DATED: November 26, 2024,          TEDFORD & ASSOCIATES, P.C.

                                   By,   /S/*James R. Tedford*_____
                                         James R. Tedford II
                                         Attorney for JOHN MICHAEL REED