cc: USPO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 24-cr-00570-WLH-3 |
| Plaintiff, | ) <u>ORDER DIRECTING PREPARATION OF A PRE-PLEA REPORT AS TO DEFENDANT JOHN MICHAEL REED</u> |
| v. | ) |
| JOHN MICHAEL REED (3) | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the United States Probation Office shall prepare and disclose a pre-sentence investigation report limited to defendant John Michael Reed's criminal history calculation, whether any mandatory minimum applies to his case and whether or not he qualifies as a career offender.

This report is to be served on counsel no later than thirty (30) days after the granting of this Order.

**IT IS SO ORDERED**

Dated: November 27, 2024

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE