# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| USA <br><br> Plaintiff(s), <br><br> v. <br><br> CLAIRE PATRICIA HAVILAND, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:24–cr–00570–WLH <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___3/25/2025___

Document No.:  ___10609___

Title of Document:  ___Notice of Appearance or Withdrawal___

**ERROR(S) WITH DOCUMENT:**

The document is incomplete.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: March 26, 2025          By: _/s/ Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov_
                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**